# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

142812

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ANGEL NIAMTU,
          Plaintiff-Appellee,

v

          SC: 142812
          COA: 292667
          Mecosta CC: 08-018900-NI

JEFFREY BOUDAH and RICHARD ALAN
BOUDAH,
          Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the February 10, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

_____
Clerk

t0620